**Garson Segal**
**Steinmetz Fladgate LLP**
Michael Steinmetz, Esq. (MS3164)
164 W 25th Street, 11R
New York, NY 10001
(212) 380-3623
*Attorneys for Defendant,*
*McDougall Arts, Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Dr. Grigory Rasin., <br><br> Plaintiff, <br><br> v. <br><br> MacDougall Arts, ltd., Catharine MacDougall, Ilona Zelenska, Maria Garmaeva, John Doe 1 (a putative buyer whose name is currently unknown to the Plaintiff), Vladimir Petrov, John Does 2-10 (other individuals hetherto unknown to Plaintiff), Jane Does 1-10 (other individuals hitherto unknown to Plaintiff), and ABC Corporations 1-10 (other corporations hitherto unknown to Plaintiff), <br><br> Defendants. | **Civil Action No:** 2:18-cv-04612-SDW-LDW <br><br><br> **Application for an Extension of Time to Answer, Move or Otherwise Reply** <br> **(L.Civ.R. 6.1(b))** |

Application is hereby made for a Clerk's Order extending time within which Defendant, MacDougall Arts, LTD. may answer, move or otherwise reply to the Complaint filed by the above-captioned Plaintiff and it is represented that:

1. No previous extension has been obtained;

2. Upon information and belief, MacDougall Arts, LTD. was served in the United Kingdom on or about May 1, 2018.; and

1

    3.      Time to Answer, Move or otherwise Reply expires on or about May 22, 2018.

**DATED**:    New York, New York
                 May 17, 2018

                                    By:    /s/ Michael Steinmetz
                                              Michael Steinmetz (MS3164)
                                              **GARSON, SÉGAL,**
                                              **STEINMETZ, FLADGATE LLP**
                                              164 West 25th Street
                                              Suite 11R
                                              New York, NY 10001
                                              (P): (212) 380 – 3623
                                              (F): (347) 537 – 4540
                                              *Attorneys for MacDougall Arts, Ltd.*

## **ORDER**

The above application is ORDERED GRANTED extended to June 4, 2018.

ORDER DATED:

                              WILLIAM T. WALSH, Clerk

By: _____
      Deputy Clerk